IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EPHRON B. SCALES            PLAINTIFF

v.          No. 3:14-cv-167-DPM-JJV

RICK WEBB, Correctional Officer, Craighead
County Detention Center; CRAIGHEAD
COUNTY DETENTION CENTER; and DEWAYNE
GATLIN, Correctional Officer, Craighead County
Detention Center            DEFENDANTS

### ORDER

Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Craighead County Detention Center is dismissed as a defendant.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

5 September 2014