IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


EPHRON B. SCALES                                                      PLAINTIFF


v.                          No. 3:14-cv-167-DPM-JJV


RICK WEBB, Correctional Officer, Craighead
County Detention Center, and DEWAYNE
GATLIN, Correctional Officer, Craighead County
Detention Center                                              DEFENDANTS


## ORDER


Unopposed recommendation, № 17, adopted. FED. R. CIV. P. 72(b) (1983

Addition to Advisory Committee Notes).

So Ordered.


_____
D.P. Marshall Jr.
United States District Judge


30 January 2015