IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EPHRON B. SCALES                                                          PLAINTIFF

v.                                    No. 3:14-cv-167-DPM

RICK WEBB, Correctional Officer, Craighead
County Detention Center; CRAIGHEAD
COUNTY DETENTION CENTER; and DEWAYNE
GATLIN, Correctional Officer, Craighead County
Detention Center                                                          DEFENDANTS

JUDGMENT

Scales's complaint is dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

_____
D.P. Marshall Jr.
United States District Judge

30 January 2015